**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _Delaware_____
(State)

Case number (*If known*): _____ Chapter _11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Verso Corporation |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Verso Paper Corporation; Verso Paper Two Corporation; Verso Paper Three Corporation; Verso Paper Four Corporation; Verso Paper Five Parent LLC |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number** (EIN) | 75–3217389 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6775 Lenox Center Court, Suite 400 <br> Number    Street | Number    Street |
| | P.O. Box |
| Memphis       TN       38115-4436 <br> City       State       ZIP Code | City       State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Shelby <br> County | Number    Street |
| | City       State       ZIP Code |

| | |
|---|---|
| **5. Debtor's website** (URL) | https://versoco.com/ |

| | |
|---|---|
| **6. Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    Verso Corporation
          Name                                      Case number (*if known*)

---

**7.  Describe debtor's business**

A.  *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B.  *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes.

SIC Code 2621 (NAICS Code 322121)

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY

           District _____  When _____  Case number _____
                                   MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  See Schedule 1 attached hereto    Relationship  Affiliate

        District  Delaware                         When  01/26/2016
                                                          MM / DD / YYYY

        Case number, if known  Pending

---

| Debtor | Verso Corporation | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply*:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number        Street

   _____
   City                                  State        ZIP Code

   **Is the property insured?**

   - ☐ No
   - ☐ Yes.  Insurance agency _____
     Contact name _____
     Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**[*]

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**[*]

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ■ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**[*]

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ■ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

[*] All statistical and financial information contained herein is reported on a consolidated basis with the debtor's affiliates and is based on the debtor and its affiliates' Unaudited Consolidated Financial Statement for the period ending September 30, 2015.

| Debtor | Verso Corporation | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☑ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519 and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief

Executed on   01/26/20 6
  MM / DD / YYYY

X _____
Signature of authorized representative of debtor

David J. Paterson
Printed name

Title President and Chief Executive Officer

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  01/26/2016
  MM / DD / YYYY

Mark Collins
Printed Name

Richards, Layton & Finger, P.A.
Firm Name

One Rodney Square, 920 N. King St.
Number      Street

Wilmington                         DE            19801
City                                       State         ZIP Code

(302) 651-7700                    collins@rlf.com
Contact Phone                     Email address

2981                                    DE
Bar number                         State

---

* All statistical and financial information contained herein is reported on a consolidated basis with the debtor's affiliates and is based on the debtor and its affiliates' Unaudited Consolidated Financial Statement for the period ending September 30, 2015.

## SCHEDULE 1

**Pending Bankruptcy Cases Filed by the Company in this Court**

On the date hereof, each of the affiliated entities listed below (collectively, the "**Company**") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware. Contemporaneously herewith, the Company is filing a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to Verso Corporation.

1. Bucksport Leasing LLC
2. Chillicothe Paper Inc.
3. Escanaba Paper Company
4. Luke Paper Company
5. NewPage Consolidated Papers Inc.
6. NewPage Corporation
7. NewPage Energy Services LLC
8. NewPage Holdings Inc.
9. NewPage Investment Company LLC
10. NewPage Wisconsin System Inc.
11. nexTier Solutions Corporation
12. Rumford Paper Company
13. Upland Resources, Inc.
14. Verso Androscoggin LLC
15. Verso Corporation
16. Verso Fiber Farm LLC
17. Verso Paper Finance Holdings Inc.
18. Verso Paper Finance Holdings LLC
19. Verso Paper Finance Holdings One LLC
20. Verso Paper Holdings LLC
21. Verso Paper Inc.
22. Verso Paper LLC
23. Verso Maine Energy LLC
24. Verso Quinnesec LLC
25. Verso Quinnesec REP Holding Inc.
26. Verso Sartell LLC
27. Wickliffe Paper Company LLC

Official Form 201A (12/15)

```
-----------------------------------------------------------x
                                          :
In re:                                    :     Chapter 11
                                          :
VERSO CORPORATION,                        :     Case No. 16-_____ (  )
                                          :
                            Debtor.       :     Joint Administration Requested
                                          :
-----------------------------------------------------------x
```

**Attachment to Voluntary Petition for Non-Individuals
Filing for Bankruptcy Under Chapter 11**

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-34056.

2.  The following financial data is the latest available information and refers to the debtor's condition on September 30, 2015, the date of the debtor's latest 10-Q filing.

    a.  Total assets[1]                    $2,901,000.00

    b.  Total debts[2]                     $3,879,000.00

    c.  To the best of the debtor's knowledge, none of its debt securities are held by more than 500 holders.

    d.  Equity shares

| Description | Amount | Approximate Number of Holders |
|---|---|---|
| Shares of preferred stock | 0 | 0 |
| Shares of common stock | 82,641, 21[3] | 170[4] |

3.  Brief description of debtor's business

    The debtor and its affiliates (collectively, the "**Company**") are the leading North American producer of coated papers, including printing papers and specialty papers, as well as a producer of high-quality market pulp. The Company's printing papers are designed primarily for commercial printing, media, and marketing applications, including magazines, catalogs, books, direct mail, and retail inserts. The Company's specialty papers are used primarily for product labels, flexible packaging, and technical paper applications. Headquartered in Memphis, Tennessee, the Company owns eight U.S. manufacturing facilities in six states: Kentucky, Maine, Maryland, Michigan, Minnesota, and Wisconsin. For the first three quarters of 2015, the Company's gross revenue was approximately $2.4 billion.

---

[1] The Debtor's assets are reported on a consolidated basis with the debtor's affiliates and are based on the debtor and its affiliates' Unaudited Consolidated Financial Statement for the period ending September 30, 2015.

[2] The Debtor's debts are reported on a consolidated basis with the debtor's affiliates and are based on the debtor and its affiliates' Unaudited Consolidated Financial Statement for the period ending September 30, 2015.

[3] Total shares outstanding as of January 4, 2016.

[4] Number of registered holders as of January 4, 2016.

Debtor: <u>Verso Corporation</u>

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Verso Paper Management LP

**VERSO CORPORATION**

**WRITTEN CONSENT OF**
**BOARD OF DIRECTORS**

The undersigned, being all the directors of Verso Corporation, a Delaware corporation (the "Company"), hereby consent in writing to the adoption of the resolutions set forth in Exhibit A attached hereto.

Date:  January 25, 2016

_____
Robert M. Amen

_____
David J. Paterson

_____
Michael E. Ducey

_____
Eric L. Press

_____
Thomas Gutierrez

_____
L.H. Puckett, Jr.

_____
Scott M. Kleinman

_____
Reed B. Rayman

_____
David W. Oskin

_____
David B. Sambur

Being All the Directors of
Verso Corporation

**VERSO CORPORATION**

**WRITTEN CONSENT OF
BOARD OF DIRECTORS**

The undersigned, being all the directors of Verso Corporation, a Delaware corporation (the "Company"), hereby consent in writing to the adoption of the resolutions set forth in Exhibit A attached hereto.

Date: January 25, 2016

_____
Robert M. Amen

_____
David J. Paterson

_____
Michael E. Ducey

_____
Eric L. Press

_____
Thomas Gutierrez

_____
L.H. Puckett, Jr.

_____
Scott M. Kleinman

_____
Reed B. Rayman

_____
David W. Oskin

_____
David B. Sambur

Being All the Directors of
Verso Corporation

**VERSO CORPORATION**

**WRITTEN CONSENT OF**
**BOARD OF DIRECTORS**

The undersigned, being all the directors of Verso Corporation, a Delaware corporation (the "Company"), hereby consent in writing to the adoption of the resolutions set forth in Exhibit A attached hereto.

Date:  January 25, 2016

| | |
|---|---|
| _____ | _____ |
| Robert M. Amen | David J. Paterson |
| | |
| _____ | _____ |
| Michael E. Ducey | Eric L. Press |
| | |
| _____ | _____ |
| Thomas Gutierrez | L.H. Puckett, Jr. |
| | |
| _____ | _____ |
| Scott M. Kleinman | Reed B. Rayman |
| | |
| _____ | _____ |
| David W. Oskin | David B. Sambur |

Being All the Directors of
Verso Corporation

**VERSO CORPORATION**

**WRITTEN CONSENT OF
BOARD OF DIRECTORS**

The undersigned, being all the directors of Verso Corporation, a Delaware corporation (the "Company"), hereby consent in writing to the adoption of the resolutions set forth in Exhibit A attached hereto.

Date: January 25, 2016

| | |
|---|---|
| _____ | _____ |
| Robert M. Amen | David J. Paterson |
| _____ | _____ |
| Michael E. Ducey | Eric L. Press |
| _____ | _____ |
| Thomas Gutierrez | L.H. Puckett, Jr. |
| _____ | _____ |
| Scott M. Kleinman | Reed B. Rayman |
| _____ | _____ |
| David W. Oskin | David B. Sambur |

Being All the Directors of
Verso Corporation

**VERSO CORPORATION**

**WRITTEN CONSENT OF
BOARD OF DIRECTORS**

The undersigned, being all the directors of Verso Corporation, a Delaware corporation (the "Company"), hereby consent in writing to the adoption of the resolutions set forth in Exhibit A attached hereto.

Date: January 25, 2016

_____
Robert M. Amen

_____
David J. Paterson

_____
Michael E. Ducey

_____
Eric L. Press

_____
Thomas Gutierrez

_____
L.H. Puckett, Jr.

_____
Scott M. Kleinman

_____
David W. Oakin

_____
David B. Sambur

Being All the Directors of
Verso Corporation

# VERSO CORPORATION

## WRITTEN CONSENT OF
## BOARD OF DIRECTORS

The undersigned, being all the directors of Verso Corporation, a Delaware corporation (the "Company"), hereby consent in writing to the adoption of the resolutions set forth in Exhibit A attached hereto.

Date:  January 25, 2016

| | |
|---|---|
| _____ | _____ |
| Robert M. Amen | David J. Paterson |
| | |
| _____ | _____ |
| Michael E. Ducey | Eric L. Press |
| | |
| _____ | _____ |
| Thomas Gutierrez | L.H. Puckett, Jr. |
| | |
| _____ | _____ |
| Scott M. Kleinman | Reed B. Rayman |
| | |
| _____ | _____ |
| David W. Oskin | David B. Sambur |

Being All the Directors of
Verso Corporation

**VERSO CORPORATION**

**WRITTEN CONSENT OF
BOARD OF DIRECTORS**

The undersigned, being all the directors of Verso Corporation, a Delaware corporation (the "Company"), hereby consent in writing to the adoption of the resolutions set forth in <u>Exhibit A</u> attached hereto.

Date:  January <u>25</u>, 2016

_____          _____
Robert M. Amen                                    David J. Paterson

_____          _____
Michael E. Ducey                                  Eric L. Press

_____          _____
Thomas Gutierrez                                 L.H. Puckett, Jr.

_____          _____
Scott M. Kleinman                                Reed B. Rayman

_____          _____
David W. Oskin                                     David B. Sambur

Being All the Directors of
Verso Corporation

**VERSO CORPORATION**

**WRITTEN CONSENT OF
BOARD OF DIRECTORS**

The undersigned, being all the directors of Verso Corporation, a Delaware corporation (the "Company"), hereby consent in writing to the adoption of the resolutions set forth in Exhibit A attached hereto.

Date:  January 25, 2016

_____          _____
Robert M. Amen                                      David J. Paterson


_____          _____
Michael E. Ducey                                    Eric L. Press


_____          _____
Thomas Gutierrez                                    L.H. Puckett, Jr.


_____          _____
Scott M. Kleinman                                   Reed B. Rayman


_____          _____
David W. Oskin                                       David B. Sambur


Being All the Directors of
Verso Corporation

**VERSO CORPORATION**

**WRITTEN CONSENT OF
BOARD OF DIRECTORS**

The undersigned, being all the directors of Verso Corporation, a Delaware corporation (the "Company"), hereby consent in writing to the adoption of the resolutions set forth in Exhibit A attached hereto.

Date: January 25, 2016

| | |
|---|---|
| _____ | _____ |
| Robert M. Amen | David J. Paterson |
| | |
| _____ | _____ |
| Michael E. Ducey | Eric L. Press |
| | |
| _____ | _____ |
| Thomas Gutierrez | L.H. Puckett, Jr. |
| | |
| _____ | _____ |
| Scott M. Kleinman | Reed B. Rayman |
| | |
| _____ | _____ |
| David W. Oskin | David B. Sambur |

Being All the Directors of
Verso Corporation

**VERSO CORPORATION**

**WRITTEN CONSENT OF**
**BOARD OF DIRECTORS**

The undersigned, being all the directors of Verso Corporation, a Delaware corporation (the "Company"), hereby consent in writing to the adoption of the resolutions set forth in Exhibit A attached hereto.

Date:  January 25, 2016

_____          _____
Robert M. Amen                                            David J. Paterson


_____          _____
Michael E. Ducey                                          Eric L. Press


_____          _____
Thomas Gutierrez                                        L.H. Puckett, Jr.


_____          _____
Scott M. Kleinman                                        Reed B. Rayman


_____          _____
David W. Oskin                                            David B. Sambur

Being All the Directors of
Verso Corporation

## VERSO CORPORATION

## RESOLUTIONS ADOPTED BY
## WRITTEN CONSENT OF
## BOARD OF DIRECTORS

### I. <u>Chapter 11 Cases</u>

WHEREAS, the Board of Directors of the Company (the "<u>Board</u>") has considered the business and financial conditions and results of operations of the Company as of January 25, 2016, including the assets and liabilities of the Company and its subsidiaries; and

WHEREAS, the Board, in consultation with the Company's financial and legal advisors, has determined that it is desirable and in the best interests of the Company and its creditors and employees and other interested parties that the Company and certain of its direct and indirect subsidiaries file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

NOW, THEREFORE, it is –

RESOLVED, that the Company and certain of its direct and indirect subsidiaries are authorized and empowered to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

RESOLVED, that any one or more officers of the Company (each an "<u>Authorized Person</u>" and collectively, the "<u>Authorized Persons</u>") are authorized and empowered, in the name and on behalf of the Company, to execute and verify all petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") and to commence any ancillary or related proceedings as may be necessary or appropriate to effectuate the restructuring of the Company and its affiliates and to execute, verify, and cause to be filed all documents in furtherance thereof, at such time as such Authorized Person executing the same shall determine; and

RESOLVED, that each Authorized Person is authorized and empowered, in the name and on behalf of the Company, to negotiate, enter into, execute, deliver, certify, file, record, and perform, or cause to be negotiated, entered into, executed, delivered, certified, filed, recorded, and performed, any and all petitions, schedules, lists, motions, certifications, agreements, instruments, affidavits, acknowledgments, applications, including, without limitation, applications for approvals or rulings of governmental or regulatory authorities, pleadings, or other documents and to take, or cause to be taken, such other actions, as in the judgment of such Authorized Person shall be or become necessary, advisable, proper, or desirable in connection with the Company's chapter 11 case, such Authorized Person's performance of any such act and his or her execution and delivery of any such document, agreement, or instrument to be conclusive evidence of the Authorized Person's approval thereof.

### II. <u>Retention of Advisors</u>

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of the Company and its creditors and employees and other interested parties for the Company to engage O'Melveny & Myers LLP as attorneys for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of the Company and its creditors and employees and other interested parties for the Company to engage Richards, Layton & Finger, P.A. under a general retainer as local Delaware counsel for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of the Company and its creditors and employees and other interested parties for the Company to engage Paul, Weiss, Rifkind, Wharton & Garrison LLP as corporate counsel for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of the Company and its creditors and employees and other interested parties for the Company to engage PJT Partners L.P. as investment banker for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of the Company and its creditors and employees and other interested parties for the Company to engage Alvarez & Marsal North America, LLC as financial advisor for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval; and

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of the Company and its creditors and employees and other interested parties for the Company to engage Prime Clerk LLC as claims and noticing agent for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval.

NOW, THEREFORE, it is –

RESOLVED, that the Company is authorized to engage O'Melveny & Myers LLP as attorneys for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the Company is authorized to engage Richards, Layton & Finger, P.A. under a general retainer as local Delaware counsel for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the Company is authorized to engage Paul, Weiss, Rifkind, Wharton & Garrison LLP as corporate counsel for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the Company is authorized to engage PJT Partners L.P. as investment banker for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the Company is authorized to engage Alvarez & Marsal North America, LLC as financial advisor for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the Company is authorized to engage Prime Clerk LLC as claims and noticing agent for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval; and

RESOLVED, that each Authorized Person is authorized and empowered, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants, investment banking advisors, financial advisors, restructuring advisors, and other professionals, subject to Bankruptcy Court approval, and to perform any and all further acts and deeds that the Authorized Persons deem necessary, proper, advisable, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case.

## III. General Authority to Implement Foregoing Resolutions

RESOLVED, that the omission from these resolutions of any agreement, document, or other arrangement contemplated by any of the agreements, documents, or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements, documents, or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Persons to take all actions necessary, desirable, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions;

RESOLVED, that all prior lawful actions taken by any Authorized Person or any director, employee, legal counsel, or other representative of the Company, in the name and on behalf of the Company, in connection with the matters described in, and within the authority conferred by, the foregoing resolutions are authorized, ratified, and confirmed;

RESOLVED, that in connection with the transactions contemplated by the preceding resolutions, the Secretary and any Assistant Secretary of the Company be, and each of them individually hereby is, authorized in the name and on behalf of the Company, to certify any more formal or detailed resolutions as such Authorized Person may deem necessary, appropriate, or desirable to effectuate the intent of the foregoing resolutions; and that thereupon such resolutions shall be deemed adopted as and for the resolutions of the Board as if set forth at length herein; and

RESOLVED, that any one or more Authorized Persons and any one or more directors, employees, legal counsel, and other representatives of the Company are authorized to prepare, execute, deliver, and file any and all other documents and instruments or cause such documents and instruments to be prepared, executed, delivered, and filed, and to take any and all other lawful actions or cause such actions to be taken, in the name and on behalf of the Company, that any such person may determine to be necessary or appropriate to implement the intent and purposes of the foregoing resolutions and the actions described therein.

De

| Debtor name | Verso Corporation |
|---|---|

United States Bankruptcy Court for the District of Delaware

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET ST WILMINGTON, DE, 19890-1615 FAX NUMBER: 302-636-4145 | Bond Debt | | | | $100,734,363 |
| 2 | WILMINGTON TRUST, NATIONAL ASSOCIATION | 50 SOUTH SIXTH ST, SUITE 1290 MINNEAPOLIS, MN, 55402 FAX NUMBER: 612-217-5651 | Bond Debt | | | | $68,483,465 |
| 3 | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET ST WILMINGTON, DE, 19890-1615 FAX NUMBER: 302-636-4145 | Bond Debt | | | | $42,744,591 |
| 4 | GENERAL ELECTRIC INTERNATIONAL INC. | 901 WARRENVILLE RD, SUITE 300 LISLE, IL, 60532 FAX NUMBER: 630-396-9128 | Services | | | | $3,862,826 |
| 5 | VALMET INC. | 1615 MATHEWS ST NEENAH, WI, 54956 FAX NUMBER: 920-997-1100 | Trade Debt | | | | $3,105,694 |
| 6 | MIDLAND PAPER COMPANY INC. | 101 E PALATINE RD WHEELING, IL, 60090 FAX NUMBER: 847-403-6836 | Trade Debt | | | | $2,973,074 |
| 7 | OMNOVA SOLUTIONS INC. | 165 S CLEVELAND AVE MOGADORE, OH, 44260-1505 FAX NUMBER: 330-628-6527 | Trade Debt | | | | $2,444,933 |
| 8 | CATALYST PAPER OPERATIONS INC. | 35 HARTFORD ST RUMFORD, ME, 04276 FAX NUMBER: 207-369-2751 | Trade Debt | | | | $2,214,333 |

Debtor    Verso Corporation _____    Case number (*if known*)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, or | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or | Unsecured claim |
| 9 OMYA INC. | 9987 CARVER RD, SUITE 300 CINCINNATI, OH, 45242 FAX NUMBER: 513-672-2446 | Trade Debt | | | | $2,147,512 |
| 10 WAREHOUSE SPECIALISTS INC. | 1160 N MAYFLOWER DR APPLETON, WI, 54913 FAX NUMBER: 920-830-5199 | Trade Debt | | | | $2,086,839 |
| 11 CELTIC INTERNATIONAL | 7840 GRAPHICS DR, SUITE 100 TINLEY PARK, IL, 60477 FAX NUMBER: 708-460-9324 | Trade Debt | | | | $1,843,020 |
| 12 SPARHAWK TRUCKING | 421 25TH AVE N WISCONSIN RAPIDS, WI, 54495 FAX NUMBER: 715-423-0313 | Trade Debt | | | | $1,592,173 |
| 13 ANDRITZ INC. | 101 BAMBERG DR PELL CITY, AL, 35125-0767 FAX NUMBER: 205-814-0104 | Trade Debt | | | | $1,503,409 |
| 14 PLUM CREEK | 1411 N 4TH ST TOMAHAWK, WI, 54487 FAX NUMBER: 906-789-9130 | Trade Debt | | | | $1,467,324 |
| 15 SPECIALTY MINERALS INC. | 35 HIGHLAND AVE BETHLEHEM, PA, 18017 FAX NUMBER: 610-882-8702 | Trade Debt | | | | $1,390,941 |
| 16 BLUE LINE LOGISTICS INC. | 3485 WILLOW LAKE BLVD, SUITE 200 VADNAIS HEIGHTS, MN, 55110 FAX NUMBER: 651-414-0846 | Trade Debt | | | | $1,382,292 |
| 17 CANADIAN NATIONAL | 277 FRONT ST W, FL 5 TORONTO, ON, M5V 2X7 FAX NUMBER: 514-399- 4941 | Trade Debt | | | | $1,299,921 |
| 18 CONSTELLATION ENERGY SERVICES | 1716 LAWRENCE DR DE PERE, WI, 54115 FAX NUMBER: 920-433-1011 | Trade Debt | | | | $1,167,301 |
| 19 HARTT TRANSPORTATION SYSTEMS INC. | 262 BOMARC RD BANGOR, ME, 04401-2655 FAX NUMBER: 207-941-0839 | Trade Debt | | | | $1,165,818 |
| 20 NALCO CO | 2365 AMERICAN DR NEENAH, WI, 54956-1018 FAX NUMBER: 920-734-5592 | Trade Debt | | | | $1,068,994 |

Debtor      Verso Corporation                                    Case number (*if known*)_____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially | Deduction for value of collateral or | Unsecured claim |
| 21  DEBOER TRANSPORTATION INC. | 8814 COUNTY ROAD F BLENKER, WI, 54415 FAX NUMBER: 715-652-3702 | Trade Debt | | | | $1,036,732 |
| 22 RGL SPECIALTY SERVICES LLC | 1401 STATE ST GREEN BAY, WI, 54306-2412 FAX NUMBER: 920-727-5729 | Trade Debt | | | | $1,034,655 |
| 23  THE CHEMOURS COMPANY  LLC | 974 CENTRE ROAD WILMINGTON, DE, 19805 FAX NUMBER: 302-355-3231 | Trade Debt | | | | $1,016,634 |
| 24  DEEP SOUTH CRANE & RIGGING | 15324 AIRLINE HIGHWAY BATON ROUGE, LA, 70817 FAX NUMBER: 225-751-7700 | Trade Debt | | | | $1,011,400 |
| 25  SHELL ENERGY NORTH AMERICA LP | 909 FANNIN HOUSTON, TX, 77010 FAX NUMBER: 713-265-4824 | Trade Debt | | | | $951,874 |
| 26  CORENSO NORTH AMERICA | 800 FREMONT ST WISCONSIN RAPIDS, WI, 54495 FAX NUMBER: 715-422-7874 | Trade Debt | | | | $932,522 |
| 27  ROCKWELL AUTOMATION | 4020 QUEST WAY # 101 MEMPHIS, TN, 38115 FAX NUMBER: 218-727-3344 | Trade Debt | | | | $919,286 |
| 28  KAMIN PERFORMANCE MINERALS | 822 HUBER ROAD MACON, GA, 31217 FAX NUMBER: 478-745-1116 | Trade Debt | | | | $906,648 |
| 29  MINNESOTA POWER | 30 W SUPERIOR ST DULUTH, MN, 55802 FAX NUMBER: 218-723-3962 | Trade Debt | | | | $878,576 |
| 30  PENSION BENEFIT GUARANTY CORPORATION | 1200 "K" STREET, NW SUITE 340 WASHINGTON, DC 20005 FAX NUMBER: 202-326-4112 | Pension Liability | Contingent, Unliquidated | | | Unliquidated |

Fill in this information to identify the case and this filing:

Debtor Name  Verso Corporation

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule ___*

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on     01/26/2016          X    _____
                MM/DD/YYYY               Signature of individual on behalf of debtor

                                         David J. Paterson_____
                                         Printed name

                                         President and Chief Executive Officer____
                                         Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------- x

In re:

VERSO CORPORATION,

               Debtor.

:     Chapter 11

:     Case No. 16-_____ ( )

:     Joint Administration Requested

----------------------------------------------------------------- x

## CORPORATE OWNERSHIP STATEMENT

       Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-captioned debtor.

| Debtor | Direct Owner(s) | Indirect Owners[1] |
|---|---|---|
| Verso Corporation | Verso Paper Management LP | |

---

[1] The entities listed below include entities that manage direct or indirect owners who, in the aggregate, own 10% or more of any class of equity interests in the Debtors.

Fill in this information to identify the case and this filing:

Debtor Name _Verso Corporation_

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    *Amended Schedule* ___

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒    Other document that requires a declaration _Corporate Ownership Statement_ _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on ____01/26/2016____       X   _____
                MM/DD/YYYY                Signature of individual on behalf of debtor

                                          David J. Paterson_____
                                          Printed name

                                          President and Chief Executive Officer_____
                                          Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------- x

In re:                                              :    Chapter 11
                                                    :
VERSO CORPORATION,                                  :    Case No. 16-_____ ( )
                                                    :
                            Debtor.                 :    Joint Administration Requested

-------------------------------------------------------------------- x

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Bankruptcy Rule 1007(a)(3), the following is a list of entities holding an interest in the above-captioned debtor.

| Name and Last Known Address or Place of Business Holder | Mailing Address of Equity Security Holder | Number of Equity Securities[1] |
|---|---|---|
| Matthew M. Archambeau | | 8,426* |
| Marc Connor | | 12,263* |
| Marcus E. Daniel | | 10,200* |
| Michael E. Ducey | | 76,687* |
| Joseph C. Duffy | | 6,929* |
| Lyle J. Fellows | | 173,113* |
| Thomas Gutierrez | | 40,603* |
| Jason J. Handel | | 16,195* |
| Benjamin Hinchman IV | | 123,428* |
| Peter H. Kesser | | 147,563* |

---

[1] All equity securities are designated as common shares; however, some or all of those holdings noted with an asterisk include restricted common shares.

| Name and Last Known Address or Place of Business Holder | Mailing Address of Equity Security Holder | Number of Equity Securities[1] |
|---|---|---|
| Scott M. Kleinman | | 40,603* |
| Wallace L. McDonald | | 2,500* |
| Robert P. Mundy | | 166,835 |
| David W. Oskin | | 76,687* |
| David J. Paterson | | 67,164* |
| Eric Press | | 40,603* |
| L.H. Puckett Jr. & Jane B. Puckett Ten Com | | 223,963* |
| Reed B. Rayman | | 19,157* |
| David B. Sambur | | 5,3497* |
| Kenneth D. Sawyer | | 44,528* |
| David M. Schilling | | 10,938* |
| Richard Schneider | | 15,374* |
| John J. Schultz | | 10,559* |
| Adam St. John | | 10,767* |
| Michel L. Sussman | | 6,672* |
| Verso Paper Management LP | 6775 Lenox Center Court Suite 400 Memphis, Tennessee  38115-4436 Attn: General Counsel | 36,123,998 |
| Michael A. Weinhold | | 188,625* |
| Robert M. Wilhelm | | 8,224* |

| Name and Last Known Address or Place of Business Holder | Mailing Address of Equity Security Holder | Number of Equity Securities[1] |
|---|---|---|
| Jordan C. Zaken | | 5,169* |
| Amtrust International | Insurance/Tech RE<br>7 Reid Street<br>4th Floor, Suite 400<br>Hamilton, Bermuda HM11 | 154,612 |
| Aristeia Horizons LP | 1140 Avenue of the Americas<br>11th Floor<br>New York, New York  10036 | 117,0836 |
| Bernstein Capital | 235 Baldwin Road<br>Mount Kisco, New York  10549 | 26,696 |
| BGC Financial LP | 110 East 59th Street<br>7th Floor<br>New York, New York  10022<br>Attn: Ngray/Corp Actions | 1 |
| Bella Borg | | 1,547 |
| Michael C. Connor IRA | 102 Louella Avenue, C#3<br>Wayne, Pennsylvania  19087-4160 | 774 |
| Hemit Dilip Desai TR | Genesee Medical Anesthesia<br>PC 401k PS & TR<br>4468 Oakbridge Drive<br>Flint, Michigan  48532-5422 | 534 |
| Leslie G. Frye & Glenda W. Frye JT Ten | P.O. Box 67<br>Clemmons, North Carolina  27012-0067 | 1,282 |
| Garland Business Corporation | Via Espana y Calle 15 Planta<br>Colombia Edificio Republic | 266,960 |
| GMACI Re Limited | P.O. Box HM 1087<br>Hamilton Hmex, Bermuda | 154,612 |
| Goldman Sachs And Co. Profit | Goldman Sachs<br>30 Hudson Street<br>Jersey City, New Jersey  07302 | 1,299 |
| Gordel Capital Limited | Trident Chambers<br>P.O. Box 146 Road Town<br>Tortola, British Virgin Islands | 3,216 |
| Elizabeth J. Hall | | 774 |
| SEI Private Trust Company | FBO IDBNY<br>One Freedom Valley Drive<br>Oaks, Pennsylvania  19456 | 534 |
| Michael Labhart | | 928 |
| Mass Mutual Life Insurance Company | c/o Babson Capital Management LLC<br>1500 Main Street<br>Suite 600<br>Springfield, Massachusetts  01115 | 928 |

| Name and Last Known Address or Place of Business Holder | Mailing Address of Equity Security Holder | Number of Equity Securities[1] |
|---|---|---|
| Robert McMillan | | 1,856 |
| Robert McMillan | | 801 |
| Juan Nebot Mora | | 1,547 |
| Morgan Stanley | 1 New York Plaza<br>New York, New York  10004<br>Attn: Reorganization Department | 464 |
| Normura Securities International Inc. | 309 West 49th Street<br>10th Floor<br>New York, New York  10019 | 61,845 |
| OZ Eurka Fund LP Corporation Trust Company | 1209 Orange Street<br>Wilmington, Delaware  19801 | 1670 |
| OZ Master Fund Limited State Street (Cayman) Trust Limited | 45 Market Street, Gardenia Court, Suite 3307<br>Camana Bay  KY1-1103<br>Grand Cayman | 42,859 |
| OZ GC Opportunities | Master Fund Limited<br>45 Market Street, Gardenia Court, Suite 3307<br>Camana Bay  KY1-1103<br>Grand Cayman | 10,452 |
| OZ Credit Opportunities | Master Fund Limited<br>45 Market Street, Gardenia Court, Suite 3307<br>Camana Bay  KY1-1103<br>Grand Cayman | 30,304 |
| OZ Enhanced Master Fund Limited | 45 Market Street, Gardenia Court, Suite 3307<br>Camana Bay  KY1-1103<br>Grand Cayman | 341 |
| OZ Enhanced Master Fund Limited | c/o State Street (Cayman) Trust Limited<br>45 Market Street, Gardenia Court, Suite 3307<br>Camana Bay  KY1-1103<br>Grand Cayman | 2,412 |
| OZSC II LP | 1209 Orange Street<br>Wilmington, Delaware  19801 | 9,494 |
| Pinnacol Assurance (PII9) | 309 West 49th Street<br>New York, New York  10019-7316<br>Attn: Derek Leung | 774 |
| Donato F. Pizzuti Rev. Trust | 14911 Celle Way<br>Naples, Florida  34110 | 15,462 |

| Name and Last Known Address or Place of Business Holder | Mailing Address of Equity Security Holder | Number of Equity Securities[1] |
|---|---|---|
| Princeton Credit Opportunity Fund LLC | c/o Princeton Advisory Group Incorporated 4422 Route 27 Building C, Suite 1 Box 89 | 13,348 |
| RBC Dominion Securities Inc. | TR 671-95603-17 P.O. Box 50 Royal Bank Plaza Toronto, Ontario  M5J 2W7 | 481 |
| Scoggin Capital Management II LLC | 660 Madison Avenue 20th Floor New York, New York  10065 | 22,883 |
| Scoggin International Fund Limited | 660 Madison Avenue 20th Floor New York, New York  10065 | 16,080 |
| Scoggin Worldwide Fund Limited | 660 Madison Avenue 20th Floor New York, New York  10065 | 22,883 |
| SEI Private Trust Company | 1 Freedom Valley Drive Oaks, Pennsylvania  19456 | 774 |
| Sierra Pacific Securities LLC | 9440 West Sahara Avenue, Suite 215 Las Vegas, Nevada  89117 | 1,206 |
| Sierra Pacific Securities | 9440 West Sahara Ave, Suite 215 Las Vegas, Nevada  89117 | 1,516 |
| RBC Capital Markets LLC | FBO Roger G Stanton III 5332 Riverbluff Curve Bloomington, Minnesota  55437 | 774 |
| RBC Capital Markets LLC | FBO Roger G Stanton III 5332 Riverbluff Curve Bloomington, Minnesota  55437 | 1,602 |
| Stockcross Financial Services Inc. | 15 Exchange Place Jersey City, New Jersey  07302 Attn: Robert Mannion | 2,814 |
| Stonehill Institutional Partners LP | 885 Third Avenue 30th Floor New York, New York  10022 | 51,309 |
| Stonehill Master Fund Limited | c/o Stonehill Capital Management LLC 885 Third Avenue 30th Floor New York, New York  10022 | 56,985 |
| Stonehill Institutional Partner LP | 885 Third Avenue 30th Floor New York, New York  10022 | 11,746 |
| USAA Mutual Funds Trust | USAA High Income Fund (6247) 9800 Fredericksburg Road San Antonio, Texas  78288 | 123,690 |
| Joerg Wienhoewer | | 321 |
| Windermere Ireland Fund PLC | c/o Aristeia Capital LLC 136 Madison Avenue 3rd Floor New York, New York  10016 | 14,648 |
| Matthew Archambeau | | 4,327 |
| Marc Connor | | 3,946 |

| Name and Last Known Address or Place of Business Holder | Mailing Address of Equity Security Holder | Number of Equity Securities[1] |
|---|---|---|
| Mark Daniel | | 3,551 |
| Jason Handel | | 2,428 |
| Michael Jackson | | 9,381 |
| Wallace McDonald | | 1,306 |
| David, Schilling | | 2,208 |
| Richard Schneider | | 2,033 |
| John Schultz | | 2,588 |
| Adam St. John | | 4,172 |
| Robert Wilhelm | | 437 |
| Reed B. Rayman | | 2,171 |
| John G Bastian | | 3,000* |
| Rebecca C. Burris | | 4,500* |
| James L. Contino | | 2,000* |
| Michael A. Farrington | | 2,000* |
| Michael A. Laverdiere | | 4,500* |
| Fred R. Marcum | | 2,000* |
| David S. Sams | | 5,000* |
| Charles A. Sanders | | 4,800* |
| Allen J. Campbell | | 40,000* |
| Rebwar Berzinji & Laura Osman JT Ten | 275 Central Park West Apartment 12B New York, New York  10024-3049 | 2,000 |
| Morgan Stanley & Co LLC | 1300 Thames Street, 4th Floor Baltimore, Maryland  21231 Attn: Meise Bunton | 1,547 |

| Name and Last Known Address or Place of Business Holder | Mailing Address of Equity Security Holder | Number of Equity Securities[1] |
|---|---|---|
| Sean M. Ryan | | 249 |
| Jay Burden Ira Rollover Trad Ira | VFTC Cust<br>55 Walnut Street<br>New Providence, New Jersey 07974-0000 | 226 |
| JJN Capital Fund LP | 70 East 10th St 16E<br>Attn: Jeffrey Naumowitz<br>New York, New York  10003 | 75 |
| Marcos Sergio Kapustiansky | | 75 |
| Carlos Coira & Sandra Martha Natella JT Ten | AV Callao 322 P6<br>C1022AAQ, Buenos Aires | 151 |
| Sunnyside Limited | 64 Cascades Drive Spotts<br>P.O. Box 731 GPO<br>Attn: Ramon Alberga<br>KY1-1103 Georgetown, Grand Cayman | 377 |
| Yang-Cheng Wang Traditional IRA | 1641 Smiley Heights Drive<br>Attn: Yang-Cheng Wang<br>Redlands, California  92373 | 60 |
| Yang-Cheng Wang MD Inc. | Defined Benefit Pension Plan<br>11360 Mountain View Avenue, Suite B<br>Attn: Yang-Cheng Wang MD<br>Loma Linda, California  92354 | 604 |
| David S. Graziosi | | 377 |
| Carl H. Davis | | 75 |
| Andrew Ku & Diane Bandy JT Ten | 9531 Parkedge Drive<br>Allison Park, Pennsylvania  15101<br>Attn: Andrew Ku | 128 |
| MLPFS Custodian FPO | Dr. Andrew Ku RRA<br>9531 Parkedge Drive<br>Allison Park, Pennsylvania  15101<br>Attn: Andrew Ku | 302 |
| Mia Ma & Kevin Ma JT Ten | 441 Delegate Drive<br>Columbus, Ohio  43235 | 60 |
| Kevin Ma TR | Toy Ma Living Trust UA 05/19/00<br>441 Delegate Drive<br>Columbus, Ohio  43235 | 377 |
| Lynne F Pasquarette TR Lynne F | Pasquarette Trust UA DTD 2/13/01<br>5015 Nicholas Creek Circle<br>Wilmington, North Carolina  28409<br>Attn: Lynne F. Pasquarette | 8 |
| Arkady Bernshteyn | | 38 |

| Name and Last Known Address or Place of Business Holder | Mailing Address of Equity Security Holder | Number of Equity Securities[1] |
|---|---|---|
| Gordon Hunt And Justin Lansberg TR | Hunt Family Trust DTD 03/19/93 16231 Typhoon Ln Huntington Beach, California 92649 | 377 |
| Verney Holdings Limited | Attn: Ian Joseph Lue P.O. Box 30367 Flat 11 Building 2255 Road 946 Block | 226 |
| Oleg Kis | | 106 |
| John W. Harrod | | 528 |
| Ensign Peak Advisors Inc. | 50 East North Temple Suite Room 1570 Salt Lake City, UT 84150 Attn: Jeff Porter | 37,725 |
| JJN Capital Advisors LLC | 70 East 10th Street 16E New York, New York 10003 Attn: Jeffrey Naumowitz | 264 |
| Highland Restoration Capital Partners LP | 300 Crescent Court, Suite 700 Attn: Jake Tomlin | 22,069 |
| Highland Restoration Capital Partners Master LP | 300 Crescent Court, Suite 700 Attn: Jake Tomlin | 26,974 |
| Mac & Co Fbo Robert C. Milton | Ira Rollover c/o BNY Mellon P.O. Box 3920002 Pittsburgh, Pennsylvania 15251-9002 | 189 |
| Joseph D'Ambrosio | | 38 |
| Nancy Gaye Eslick | | 15 |
| Robert Finberg | | 38 |
| Steven Baker | | 377 |
| John H. Firestone | | 75 |
| Fund For Kentucky Coalition | 735 Lampton Street, # 202 Louisville, Kentucky 40203 | 75 |
| Dr. Anil Mody & Niru Mody TR | Anil And Niru Mody Trust DTD 12/21/2001 1657 Wellington Springs Avenue Henderson, Nevada 89052-6884 | 113 |
| William M. Conley & Marion Conley TR | William M. Conley & Marion Conley Living TR DTD 10/08/61 376 Franklin Avenue Redlands, California 92373-6875 | 113 |

| Name and Last Known Address or Place of Business Holder | Mailing Address of Equity Security Holder | Number of Equity Securities[1] |
|---|---|---|
| Benjamin D Shulman TR | Benjamin D Shulman Trust DTD, 12/6/1997<br>7529 Gibraltar Street<br>Carlsbad, California  92009-7460 | 189 |
| Thomas Lee | | 38 |
| William Francis Spies Jr | 1908 | 75 |
| FMT Co TTEE FRP PS AC | Richard Godes CPA<br>473 Cottagewood Lane<br>Royal Palm Beach, Florida  33411 | 15 |
| Robert M. Amen | | 14,814* |
| Paul E. Huck | | 3378 |
| Lisa J. Donahue | | 3,339 |
| John F. Mcgovern | | 3,369 |
| Robert Bernath | | 75 |
| Robert A. Wegner | | 75 |
| Duane Zitzner TR Zitzner Revocable Trust | 21561 Columbus Avenue<br>Cupertino, California  95014 | 981 |
| A. Lanier Jones & Carolyn P Jones JT Ten | 2928 Edenderry Drive<br>Tallahassee, Florida  32309-2634 | 75 |
| Fred G. Wise | | 75 |
| Karin Roeschlein | | 264 |
| Alfred A. Rosenblatt | | 75 |
| John Wiggins & Dorothy Wiggins JT Ten | P.O. Box 453<br>Sunapee, New Hampshire  03782-0453 | 75 |
| Barbara G. Telek | | 1,431 |
| David A. Galloway | | 1,439 |
| David F. Bonistall | | 1,442 |
| Dean F. Benjamin | | 1,350 |

| Name and Last Known Address or Place of Business Holder | Mailing Address of Equity Security Holder | Number of Equity Securities[1] |
|---|---|---|
| John G. Bastian | | 1,399 |
| John G. Fuller | | 1,391 |
| John N. Reichert | | 1,454 |
| Adrian K. Moore | | 2,587* |
| Roger A. Rouleau | | 1,451 |
| Sean J. Wallace | | 1,371 |
| Steven J. Devoe | | 387 |
| Thomas J. Barnhorst | | 2,858 |
| Timothy D. Nusbaum | | 2,587* |
| Michel Hibon | | 943 |
| George Delille & Claire Delille Jt Ten | 724 Chemin De La Tourelle Domaine De Terrebruneele Ollioules 83190 | 755 |
| Echo Holdins LP | KKR Funding & Settlement Desk c/o Treasury Department 555 California Street 50th Floor | 13,598 |
| Jung Sin Lee | | 75 |
| Cede & Co | P.O. Box 20 Bowling Green Station New York, New York  10274 | 41,565,631 |
| Nominee Account | Computershare Investor Services 250 Royall Street Canton, Massachusetts  02021 | 526,178 |
| Nominee Account Corporate Action | Verso Corporation T01 - NewPage Holdings Incorporated 250 Royall Street Canton, Massachusetts  02021 | 2,670 |
| Verso Paper Corp Treasury Account | 6775 Lenox Center Court Suite 400 Memphis, Tennessee  38115-4436 | 147,636 |

| Name and Last Known Address or Place of Business Holder | Mailing Address of Equity Security Holder | Number of Equity Securities[1] |
|---|---|---|
| Verso Corporation NewPage Merger | Withholding Treasury Account c/o Verso Corporation Attn: Matthew Foraker 8540 Gander Creek Drive | 93,653 |

Fill in this information to identify the case and this filing:

Debtor Name _Verso Corporation_

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

- ☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐    *Schedule H: Codebtors* (Official Form 206H)

- ☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐    *Amended Schedule* ___

- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☒    Other document that requires a declaration _List of Equity Security Holders_

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on      _01/26/2016_            X    _____
                 MM/DD/YYYY                   Signature of individual on behalf of debtor

                                              David J. Paterson
                                              Printed name

                                              President and Chief Executive Officer
                                              Position or relationship to debtor