**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| VERSO CORPORATION, | : |  |
|  | : | Case No. 16-_____ (   ) |
| Debtor. | : |  |
|  | : |  |
| Tax I.D. No. 75-3217389 | : |  |

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| VERSO PAPER FINANCE HOLDINGS ONE LLC, | : |  |
|  | : | Case No. 16-_____ (   ) |
| Debtor. | : |  |
|  | : |  |
| Tax I.D. No. 56-2637854 | : |  |

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| VERSO PAPER FINANCE HOLDINGS LLC, | : |  |
|  | : | Case No. 16-_____ (   ) |
| Debtor. | : |  |
|  | : |  |
| Tax I.D. No. 75-3217395 | : |  |

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| VERSO PAPER FINANCE HOLDINGS INC., | : |  |
|  | : | Case No. 16-_____ (   ) |
| Debtor. | : |  |
|  | : |  |
| Tax I.D. No. 56-2637851 | : |  |

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VERSO PAPER HOLDINGS LLC, | : | |
| Debtor. | : | Case No. 16-_____ (   ) |
| | : | |
| Tax I.D. No. 56-2597634 | : | |
| ----------------------------------------------------------x | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VERSO PAPER INC., | : | |
| Debtor. | : | Case No. 16-_____ (   ) |
| | : | |
| Tax I.D. No. 56-2597640 | : | |
| ----------------------------------------------------------x | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VERSO PAPER LLC, | : | |
| Debtor. | : | Case No. 16-_____ (   ) |
| | : | |
| Tax I.D. No. 75-3217399 | : | |
| ----------------------------------------------------------x | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEXTIER SOLUTIONS CORPORATION, | : | |
| Debtor. | : | Case No. 16-_____ (   ) |
| | : | |
| Tax I.D. No. 33-0901108 | : | |
| ----------------------------------------------------------x | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VERSO ANDROSCOGGIN LLC, | : | |
| Debtor. | : | Case No. 16-_____ (   ) |
| | : | |
| Tax I.D. No. 75-3217400 | : | |
| ----------------------------------------------------------x | : | |

In re:                                                :        Chapter 11
                                                      :
VERSO QUINNESEC REP HOLDING INC.,                     :
                                                      :        Case No. 16-_____ (    )
                                      Debtor.         :
                                                      :
Tax I.D. No. 27-4272864                               :
-----------------------------------------------------------x

In re:                                                :        Chapter 11
                                                      :
VERSO MAINE ENERGY LLC,                               :
                                                      :        Case No. 16-_____ (    )
                                      Debtor.         :
                                                      :
Tax I.D. No. 26-1857446                               :
-----------------------------------------------------------x

In re:                                                :        Chapter 11
                                                      :
BUCKSPORT LEASING LLC,                                :
                                                      :        Case No. 16-_____ (    )
                                      Debtor.         :
                                                      :
Tax I.D. No. 37-1525464                               :
-----------------------------------------------------------x

In re:                                                :        Chapter 11
                                                      :
VERSO QUINNESEC LLC,                                  :
                                                      :        Case No. 16-_____ (    )
                                      Debtor.         :
                                                      :
Tax I.D. No. 75-3217404                               :
-----------------------------------------------------------x

In re:                                                :        Chapter 11
                                                      :
VERSO SARTELL LLC,                                    :
                                                      :        Case No. 16-_____ (    )
                                      Debtor.         :
                                                      :
Tax I.D. No. 75-3217406                               :
-----------------------------------------------------------x

In re:                                        :
                                              :        Chapter 11
                                              :
VERSO FIBER FARM LLC,                         :
                                              :        Case No. 16-_____ (   )
                                              :
                         Debtor.              :
                                              :
Tax I.D. No. 75-3217398                       :
------------------------------------------------------x

In re:                                        :
                                              :        Chapter 11
                                              :
NEWPAGE HOLDINGS INC.,                        :
                         Debtor.              :        Case No. 16-_____ (   )
                                              :
Tax I.D. No. 46-1505118                       :
------------------------------------------------------x

In re:                                        :
                                              :        Chapter 11
                                              :
NEWPAGE INVESTMENT COMPANY LLC,              :
                         Debtor.              :        Case No. 16-_____ (   )
                                              :
Tax I.D. No. 46-1505118                       :
------------------------------------------------------x

In re:                                        :
                                              :        Chapter 11
                                              :
NEWPAGE CORPORATION,                          :
                         Debtor.              :        Case No. 16-_____ (   )
                                              :
Tax I.D. No. 05-0616156                       :
------------------------------------------------------x

In re:                                        :
                                              :        Chapter 11
                                              :
NEWPAGE CONSOLIDATED PAPERS INC.,            :
                                              :        Case No. 16-_____ (   )
                                              :
                         Debtor.              :
                                              :
Tax I.D. No. 16-1708330                       :
------------------------------------------------------x

In re:                                              :        Chapter 11
                                                    :
ESCANABA PAPER COMPANY,                             :
                                                    :        Case No. 16-_____ (   )
                                Debtor.             :
                                                    :
Tax I.D. No. 31-0735598                             :
-----------------------------------------------------------x

In re:                                              :        Chapter 11
                                                    :
LUKE PAPER COMPANY,                                 :
                                                    :        Case No. 16-_____ (   )
                                Debtor.             :
                                                    :
Tax I.D. No. 11-3666265                             :
-----------------------------------------------------------x

In re:                                              :        Chapter 11
                                                    :
RUMFORD PAPER COMPANY,                              :
                                                    :        Case No. 16-_____ (   )
                                Debtor.             :
                                                    :
Tax I.D. No. 31-1480427                             :
-----------------------------------------------------------x

In re:                                              :        Chapter 11
                                                    :
WICKLIFFE PAPER COMPANY LLC,                        :
                                                    :        Case No. 16-_____ (   )
                                Debtor.             :
                                                    :
Tax I.D. No. 81-0668293                             :
-----------------------------------------------------------x

In re:                                              :        Chapter 11
                                                    :
NEWPAGE WISCONSIN SYSTEM INC.,                      :
                                                    :        Case No. 16-_____ (   )
                                Debtor.             :
                                                    :
Tax I.D. No. 39-2003332                             :
-----------------------------------------------------------x

In re:                                                :     Chapter 11
                                                      :
CHILLICOTHE PAPER INC.,                               :
                                                      :     Case No. 16-_____ (   )
                              Debtor.                 :
                                                      :
Tax I.D. No. 05-0616154                               :
-------------------------------------------------------------x

In re:                                                :     Chapter 11
                                                      :
NEWPAGE ENERGY SERVICES LLC,                          :
                                                      :     Case No. 16-_____ (   )
                              Debtor.                 :
                                                      :
Tax I.D. No. 30-0261838                               :
-------------------------------------------------------------x

In re:                                                :     Chapter 11
                                                      :
UPLAND RESOURCES INC.,                                :
                                                      :     Case No. 16-_____ (   )
                              Debtor.                 :
                                                      :
Tax I.D. No. 22-2092996                               :
-------------------------------------------------------------x

## DEBTORS' MOTION FOR ENTRY OF AN ORDER
## DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Verso Corporation ("**Verso**") and its affiliated debtors and debtors in possession (collectively, the "**Debtors**")[1] respectfully request entry of an order directing joint administration of their chapter 11 cases for procedural purposes only and granting related relief. In support of this motion, the Debtors rely on and incorporate by reference *Allen J. Campbell's Declaration in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* (the "**Campbell Declaration**"), filed concurrently with this motion.[2] In further support of the motion, the Debtors, by and through their undersigned counsel, respectfully represent:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this motion under 28 U.S.C. §§ 157 and 1334 and venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b).[3]

### BACKGROUND

2.      On January 26, 2016 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of the Bankruptcy Code. The

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Verso Corporation (7389); Verso Paper Finance Holdings One LLC (7854); Verso Paper Finance Holdings LLC (7395); Verso Paper Holdings LLC (7634); Verso Paper Finance Holdings Inc. (7851); Verso Paper Inc. (7640); Verso Paper LLC (7399); nexTier Solutions Corporation (1108); Verso Androscoggin LLC (7400); Verso Quinnesec REP Holding Inc. (2864); Verso Maine Energy LLC (7446); Verso Quinnesec LLC (7404); Bucksport Leasing LLC (5464); Verso Sartell LLC (7406); Verso Fiber Farm LLC (7398); NewPage Holdings Inc. (5118); NewPage Investment Company LLC (5118); NewPage Corporation (6156); NewPage Consolidated Papers Inc. (8330); Escanaba Paper Company (5598); Luke Paper Company (6265); Rumford Paper Company (0427); Wickliffe Paper Company LLC (8293); Upland Resources, Inc. (2996); NewPage Energy Services LLC (1838); Chillicothe Paper Inc. (6154); and NewPage Wisconsin System Inc. (3332). The address of the Debtors' corporate headquarters is 6775 Lenox Center Court, Suite 400, Memphis, Tennessee 38115-4436.

[2] Capitalized terms used but not defined in this motion have the meanings used in the Campbell Declaration.

[3] Pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors hereby expressly confirm their consent to the entry of a final order by this Court in connection with this motion if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article III of the United States Constitution.

Debtors continue to manage and operate their business as debtors in possession under sections 1107(a) and 1108 of the Bankruptcy Code.

3.      The Debtors are the leading North American producer of coated papers, including printing papers and specialty papers, as well as a producer of high-quality market pulp. The Debtors' printing papers are designed primarily for commercial printing, media, and marketing applications, including magazines, catalogs, books, direct mail, and retail inserts. The Debtors' specialty papers are used primarily for product labels, flexible packaging, and technical paper applications. Headquartered in Memphis, Tennessee, the Debtors own eight U.S. manufacturing facilities in six states: Kentucky, Maine, Maryland, Michigan, Minnesota, and Wisconsin. For the first three quarters of 2015, the Debtors' gross revenue was approximately $2.4 billion.

4.      The Debtors' current corporate form came into being through Verso's acquisition of NewPage Holdings Inc. and certain of its affiliates, including NewPage Corporation (collectively, "**NewPage**") on January 7, 2015. Verso acquired NewPage to establish a larger scale, more efficient enterprise, better positioned to compete long-term in the challenging paper market. Since the acquisition, the Debtors have made a sustained effort to integrate legacy Verso's and legacy NewPage's operations, to allow them to realize the benefits of their larger scale and complementary operations. Today, the Debtors operate as one integrated business, which has an aggregate total annual production capacity of approximately 3,440 thousand tons of paper and 290 thousand tons of pulp, and serves a client base of over 300 customers that reaches more than 1,700 end user accounts.

5.      Additional information on the Debtors' business and capital structure, as well as a description of the reasons for filing these cases and the Debtors' goals for these cases, is set forth in the Campbell Declaration.

**RELIEF REQUESTED**

6.      By this motion, pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the Debtors request entry of an order, substantially in the form attached as <u>Exhibit A</u>, directing procedural consolidation and joint administration of these chapter 11 cases.

7.      In addition, the Debtors request that the caption of their chapter 11 cases in all pleadings and notices in the jointly administered cases be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x
|                              | :  |                            |
|------------------------------|----|----------------------------|
| In re:                       | :  | Chapter 11                 |
|                              | :  |                            |
| VERSO CORPORATION, *et al.*  | :  | Case No. 16-10163 (   )    |
|                              | :  |                            |
|                 Debtors.     | :  | Jointly Administered       |
|                              | :  |                            |
-------------------------------------------------------------x

8.      The Debtors also seek waiver of the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that the case caption on pleadings and notices in these cases contain the name, tax identification number, and address of each Debtor and any names used by each Debtor in the previous eight years. As an alternative to including this information in each caption, the Debtors propose to include the following footnote to each pleading filed and notice mailed by the Debtors, listing the Debtors in these chapter 11 cases and the last four digits of their tax identification numbers along with the address of the Debtors' corporate headquarters:

The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Verso Corporation (7389); Verso Paper Finance Holdings One LLC (7854); Verso Paper Finance Holdings LLC (7395); Verso Paper Holdings LLC (7634); Verso Paper Finance Holdings Inc. (7851); Verso Paper Inc. (7640); Verso Paper LLC (7399); nexTier Solutions Corporation (1108); Verso Androscoggin LLC (7400); Verso Quinnesec REP Holding Inc. (2864); Verso Maine Energy LLC (7446); Verso Quinnesec LLC (7404); Bucksport Leasing LLC (5464); Verso Sartell LLC (7406); Verso Fiber Farm LLC (7398); NewPage Holdings Inc. (5118); NewPage Investment Company LLC (5118); NewPage Corporation (6156); NewPage Consolidated Papers Inc. (8330); Escanaba Paper Company (5598); Luke Paper Company (6265); Rumford Paper Company (0427); Wickliffe Paper Company LLC (8293); Upland Resources, Inc. (2996); NewPage Energy Services LLC (1838); Chillicothe Paper Inc. (6154); and NewPage Wisconsin System Inc. (3332). The address of the Debtors' corporate headquarters is 6775 Lenox Center Court, Suite 400, Memphis, Tennessee 38115-4436.

9.     The Debtors also request that the Court make separate docket entries in each of the Debtors' chapter 11 cases (except that of Verso Corporation), substantially similar to the following:

An order has been entered in this case consolidating this case with the case of Verso Corporation (Case No. 16-10163 (    )) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 16-10163 (   ) should be consulted for all matters affecting this case.

## **BASIS FOR RELIEF REQUESTED**

10.     Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Debtors are "affiliates" of each other as that term is defined in section 101(2) of the Bankruptcy Code, as Verso Corporation directly or indirectly owns 100% of the stock or membership interest in the other 26 Debtors. 11 U.S.C. § 101(2). Further, the Debtors comprise a single business with highly integrated operations that rely on an interconnected network of suppliers, vendors and

customers. This Court thus is authorized to consolidate the Debtors' cases for procedural purposes.

11. Local Rule 1015-1 provides additional authority for the Court to order joint administration of these chapter 11 cases:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in the Court under title 11 is warranted and will ease the administrative burden for the Court and the parties. An order of joint administration entered in accordance with this Local Rule may be reconsidered upon motion of any party in interest at any time. An order of joint administration under this Local Rule is for procedural purposes only and shall not cause a "substantive" consolidation of the respective debtors' estates.

Del. Bankr. L.R. 1015-1.

12. The Campbell Declaration establishes that joint administration of the Debtors' cases is warranted because it will ease the administrative burden on the Court and all parties in interest. Joint administration of the Debtors' cases will eliminate the need for duplicate pleadings, notices, and orders in each of the respective dockets and will save the Court, the Debtors, and other parties in interest substantial time and expense when preparing and filing such documents. Further, joint administration will protect parties in interest by ensuring that they will be apprised of the various motions filed with the Court with respect to each of the Debtors' cases. Therefore, joint administration of the Debtors' cases is appropriate under Bankruptcy Rule 1015(b) and Local Rule 1015-1.

13. Joint administration will not adversely affect the Debtors' respective constituencies because this motion seeks only administrative, not substantive consolidation of the Debtors' estates. Parties in interest will not be harmed by the relief requested; instead, parties in

interest will benefit from the cost reductions associated with the joint administration of these chapter 11 cases. Accordingly, the Debtors submit that the joint administration of these chapter 11 cases is in the best interests of their estates, their creditors, and all other parties in interest.

14.    Finally, the Debtors submit that use of the simplified caption, without reference to the Debtors' tax identification numbers, addresses, and previous names, will eliminate cumbersome and confusing procedures and ensure uniformity of pleading identification. Other case-specific information will be listed in the petitions for the respective Debtors and such petitions are publicly available and will be provided by the Debtors upon request. Therefore, the Debtors submit the policies behind the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) have been fully satisfied.

15.    Courts in this District have routinely granted relief similar to the relief requested in several other cases involving multiple related debtors.[4] For these reasons, the Debtors submit that the relief requested is necessary and appropriate, is in the best interest of their respective estates and creditors, and should be granted in all respects.

## NOTICE

16.    The Debtors will provide notice of this motion by facsimile, e-mail, overnight delivery, or hand delivery to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the holders of the 30 largest unsecured claims against the Debtors on a

---

[4] *See, e.g., In re New Gulf Res., LLC*, Case No. 15-12566 (BLS) (Bankr. D. Del. Dec. 18, 2015) (D.I. 33); *In re Am. Apparel, Inc.*, Case No. 15-12055 (BLS) (Bankr. D. Del. Oct. 6, 2015) (D.I. 65); *In re Samson Res. Corp.*, Case No. 15-11934 (CSS) (Bankr. D. Del. Sept. 18, 2015) (D.I. 70); *In re Colt Holding Co. LLC*, Case No. 15-11296 (LSS) (Bankr. D. Del. June 16, 2015) (D.I. 69); *In re Corinthian Colleges, Inc.*, Case No. 15-10952 (KJC) (Bankr. D. Del. May 5, 2015) (D.I. 19); *In re Frederick's of Hollywood, Inc.*, Case No. 15-10836 (KG) (Bankr. D. Del. Apr. 21, 2015) (D.I. 48); *In re Allied Nevada Gold Corp.*, Case No. 15-10503 (MFW) (Bankr. D. Del. Mar. 11, 2015) (D.I. 53); *In re Cal Dive International, Inc.*, Case No. 15-10458 (CSS) (Bankr. D. Del. Mar. 6, 2015) (D.I. 57); *In re RadioShack Corporation,* No. 15-10197 (BLS) (Bankr. D. Del. Feb. 6, 2015) (D.I. 98); *In re Dendreon Corporation,* Case No. 14-12515 (LSS) (Walsh, J.) (Bankr. D. Del. Nov. 12, 2014) (D.I. 49).

consolidated basis; (iii) Ropes & Gray LLP as counsel to the Steering Committee of NewPage Term Loans; (iv) Milbank, Tweed, Hadley & McCloy LLP as counsel to the Informal Committee of Holders of Verso First Lien Debt; (v) Sidley Austin LLP as counsel to Credit Suisse AG as administrative agent and collateral agent under the Debtors' prepetition cash flow revolving facility; (vi) all agents and trustees under the Debtors' prepetition debt instruments; (vii) Skadden, Arps, Slate, Meagher & Flom LLP as counsel to Barclays Bank PLC as administrative agent and collateral agent under the NewPage Revolving DIP Facility and NewPage Term DIP Facility; (viii) Davis Polk & Wardwell LLP as counsel to Citibank, N.A. as administrative agent and collateral agent under the Verso Revolving DIP Facility; (ix) the Internal Revenue Service; (x) the Securities and Exchange Commission; and (xi) the Pension Benefit Guaranty Corporation. Following the hearing, a copy of this motion and any order entered with respect to it will be served on the foregoing parties and all parties having filed requests for notice in these chapter 11 cases. A copy of the motion is also available on the Debtors' case website at https://cases.primeclerk.com/verso.

17.     As this motion is seeking "first day" relief, notice of this motion and any order entered hereon will be served on all parties required by Local Rule 9013-1(m). Due to the urgency of the relief requested, the Debtors submit that no other or further notice is necessary.

### <u>NO PRIOR MOTION</u>

18.     The Debtors have not made any prior motion for the relief sought in this motion to this Court or any other.

The Debtors respectfully request entry of an order granting the relief requested in its entirety and any other relief as is just and proper.

Dated:      January 26, 2016
            Wilmington, Delaware

                                      /s/ Michael J. Merchant
                                      **RICHARDS, LAYTON & FINGER, P.A.**
                                      Mark D. Collins (No. 2981)
                                      Michael J. Merchant (No. 3854)
                                      One Rodney Square
                                      920 North King Street
                                      Wilmington, Delaware 19801
                                      Telephone:  (302) 651-7700
                                      Facsimile:  (302) 651-7701

                                      - and -

                                      **O'MELVENY & MYERS LLP**
                                      George A. Davis (*pro hac vice* admission pending)
                                      Peter Friedman (*pro hac vice* admission pending)
                                      Andrew M. Parlen (*pro hac vice* admission pending)
                                      Diana M. Perez (*pro hac vice* admission pending)
                                      Times Square Tower
                                      Seven Times Square
                                      New York, New York 10036
                                      Telephone:  (212) 326-2000
                                      Facsimile:  (212) 326-2061

                                      *Proposed Attorneys for the*
                                      *Debtors and Debtors in Possession*

## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
VERSO CORPORATION,                        :
                                          :    Case No. 16-_____ (   )
                         Debtor.          :
                                          :
Tax I.D. No. 75-3217389                   :
                                          :
-------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
VERSO PAPER FINANCE HOLDINGS ONE          :
LLC,                                      :    Case No. 16-_____ (   )
                                          :
                         Debtor.          :
                                          :
Tax I.D. No. 56-2637854                   :
-------------------------------------------------------x
                                          :
In re:                                    :
                                          :    Chapter 11
VERSO PAPER FINANCE HOLDINGS LLC,         :
                                          :    Case No. 16-_____ (   )
                         Debtor.          :
                                          :
Tax I.D. No. 75-3217395                   :
                                          :
-------------------------------------------------------x
                                          :
In re:                                    :
                                          :    Chapter 11
VERSO PAPER FINANCE HOLDINGS INC.,        :
                                          :    Case No. 16-_____ (   )
                         Debtor.          :
                                          :
Tax I.D. No. 56-2637851                   :
                                          :
-------------------------------------------------------x
```

In re:                                    :       Chapter 11
                                          :
VERSO PAPER HOLDINGS LLC,                  :
                                          :       Case No. 16-_____ (   )
                         Debtor.           :
                                          :
Tax I.D. No. 56-2597634                    :
-----------------------------------------------------------x

In re:                                    :       Chapter 11
                                          :
VERSO PAPER INC.,                          :
                                          :       Case No. 16-_____ (   )
                         Debtor.           :
                                          :
Tax I.D. No. 56-2597640                    :
-----------------------------------------------------------x

In re:                                    :       Chapter 11
                                          :
VERSO PAPER LLC,                           :
                                          :       Case No. 16-_____ (   )
                                          :
                         Debtor.           :
                                          :
Tax I.D. No. 75-3217399                    :
-----------------------------------------------------------x

In re:                                    :       Chapter 11
                                          :
NEXTIER SOLUTIONS CORPORATION,             :
                                          :       Case No. 16-_____ (   )
                         Debtor.           :
                                          :
Tax I.D. No. 33-0901108                    :
-----------------------------------------------------------x

In re:                                    :       Chapter 11
                                          :
VERSO ANDROSCOGGIN LLC,                    :
                                          :       Case No. 16-_____ (   )
                         Debtor.           :
                                          :
Tax I.D. No. 75-3217400                    :
-----------------------------------------------------------x

In re:                                                    :        Chapter 11
                                                          :
VERSO QUINNESEC REP HOLDING INC.,                         :
                                                          :        Case No. 16-_____ (   )
                                      Debtor.             :
                                                          :
Tax I.D. No. 27-4272864                                   :
----------------------------------------------------------x

In re:                                                    :        Chapter 11
                                                          :
VERSO MAINE ENERGY LLC,                                   :
                                      Debtor.             :        Case No. 16-_____ (   )
                                                          :
Tax I.D. No. 26-1857446                                   :
----------------------------------------------------------x

In re:                                                    :        Chapter 11
                                                          :
BUCKSPORT LEASING LLC,                                    :
                                      Debtor.             :        Case No. 16-_____ (   )
                                                          :
Tax I.D. No. 37-1525464                                   :
----------------------------------------------------------x

In re:                                                    :        Chapter 11
                                                          :
VERSO QUINNESEC LLC,                                      :
                                      Debtor.             :        Case No. 16-_____ (   )
                                                          :
Tax I.D. No. 75-3217404                                   :
----------------------------------------------------------x

In re:                                                    :        Chapter 11
                                                          :
VERSO SARTELL LLC,                                        :
                                      Debtor.             :        Case No. 16-_____ (   )
                                                          :
Tax I.D. No. 75-3217406                                   :
----------------------------------------------------------x

In re:                                          :        Chapter 11
                                                :
VERSO FIBER FARM LLC,                           :
                                                :        Case No. 16-_____ (   )
                                                :
                              Debtor.           :
                                                :
Tax I.D. No. 75-3217398                         :
-------------------------------------------------x

In re:                                          :        Chapter 11
                                                :
NEWPAGE HOLDINGS INC.,                          :
                              Debtor.           :        Case No. 16-_____ (   )
                                                :
Tax I.D. No. 46-1505118                         :
-------------------------------------------------x

In re:                                          :        Chapter 11
                                                :
NEWPAGE INVESTMENT COMPANY LLC,                 :
                              Debtor.           :        Case No. 16-_____ (   )
                                                :
Tax I.D. No. 46-1505118                         :
-------------------------------------------------x

In re:                                          :        Chapter 11
                                                :
NEWPAGE CORPORATION,                            :
                              Debtor.           :        Case No. 16-_____ (   )
                                                :
Tax I.D. No. 05-0616156                         :
-------------------------------------------------x

In re:                                          :        Chapter 11
                                                :
NEWPAGE CONSOLIDATED PAPERS INC.,               :
                                                :        Case No. 16-_____ (   )
                              Debtor.           :
                                                :
Tax I.D. No. 16-1708330                         :
-------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ESCANABA PAPER COMPANY, | : | |
| | : | |
| Debtor. | : | Case No. 16-_____ (   ) |
| | : | |
| Tax I.D. No. 31-0735598 | : | |

-------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LUKE PAPER COMPANY, | : | |
| | : | |
| Debtor. | : | Case No. 16-_____ (   ) |
| | : | |
| Tax I.D. No. 11-3666265 | : | |

-------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RUMFORD PAPER COMPANY, | : | |
| | : | |
| Debtor. | : | Case No. 16-_____ (   ) |
| | : | |
| Tax I.D. No. 31-1480427 | : | |

-------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WICKLIFFE PAPER COMPANY LLC, | : | |
| | : | |
| Debtor. | : | Case No. 16-_____ (   ) |
| | : | |
| Tax I.D. No. 81-0668293 | : | |

-------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEWPAGE WISCONSIN SYSTEM INC., | : | |
| | : | |
| Debtor. | : | Case No. 16-_____ (   ) |
| | : | |
| Tax I.D. No. 39-2003332 | : | |

-------------------------------------------------------x

In re:

CHILLICOTHE PAPER INC.,

                Debtor.

Tax I.D. No. 05-0616154

------------------------------------------------------------x

Chapter 11

Case No. 16-_____ (    )

In re:

NEWPAGE ENERGY SERVICES LLC,

                Debtor.

Tax I.D. No. 30-0261838

------------------------------------------------------------x

Chapter 11

Case No. 16-_____ (    )

In re:

UPLAND RESOURCES INC.,

                Debtor.

Tax I.D. No. 22-2092996

------------------------------------------------------------x

Chapter 11

Case No. 16-_____ (    )

## ORDER DIRECTING JOINT
## ADMINISTRATION OF CHAPTER 11 CASES

Upon the Debtors'[1] motion (the "**Motion**")[2] for entry of an order (this "**Order**")

directing the Debtors' chapter 11 cases to be jointly administered for procedural purposes only

and granting related relief, all as more fully set forth in the Motion; and due and sufficient notice

of the Motion having been provided under the particular circumstances, and it appearing that no

other or further notice need be provided; and the Court having jurisdiction to consider the

Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and

consideration of the Motion and the relief requested therein being a core proceeding under

28 U.S.C. § 157(b)(2); and this Court's entry of a final order being consistent with Article III of

the United States Constitution; and venue being proper before this Court under 28 U.S.C.

§§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion

(the "**Hearing**"); and upon the Campbell Declaration and the record of the Hearing and all the

proceedings had before the Court; and the Court having found and determined the relief

requested in the Motion to be in the best interests of the Debtors, their estates and creditors, and

any parties in interest; and the legal and factual bases set forth in the Motion and at the Hearing

having established just cause for the relief granted herein; and after due deliberation thereon and

sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Verso Corporation (7389); Verso Paper Finance Holdings One LLC (7854); Verso Paper Finance Holdings LLC (7395); Verso Paper Holdings LLC (7634); Verso Paper Finance Holdings Inc. (7851); Verso Paper Inc. (7640); Verso Paper LLC (7399); nexTier Solutions Corporation (1108); Verso Androscoggin LLC (7400); Verso Quinnesec REP Holding Inc. (2864); Verso Maine Energy LLC (7446); Verso Quinnesec LLC (7404); Bucksport Leasing LLC (5464); Verso Sartell LLC (7406); Verso Fiber Farm LLC (7398); NewPage Holdings Inc. (5118); NewPage Investment Company LLC (5118); NewPage Corporation (6156); NewPage Consolidated Papers Inc. (8330); Escanaba Paper Company (5598); Luke Paper Company (6265); Rumford Paper Company (0427); Wickliffe Paper Company LLC (8293); Upland Resources, Inc. (2996); NewPage Energy Services LLC (1838); Chillicothe Paper Inc. (6154); and NewPage Wisconsin System Inc. (3332). The address of the Debtors' corporate headquarters is 6775 Lenox Center Court, Suite 400, Memphis, Tennessee 38115-4436.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

2.      Each of the above-captioned chapter 11 cases of the Debtors are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 16-10163 (   ).

3.      Nothing contained in the Motion or this Order is to be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

4.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------x
                            :

In re:                                                          :        Chapter 11
                            :

VERSO CORPORATION, *et al.*,                :        Case No. 16-10163 (   )
                            :

                  Debtors.        :        Jointly Administered
                            :
                            :
-----------------------------------------------------------x

5.      All pleadings and notices shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Verso Corporation, Case No. 16-10163 (   ).

6.      A docket entry shall be made in each of the Debtors' cases (except that of Verso Corporation) substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of Verso Corporation (Case No. 16-10163 (     )) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 16-10163 (   ) should be consulted for all matters affecting this case.

7.      The Debtors are directed to include the following footnote to each pleading they file and notice they mail in these cases, listing the Debtors in these chapter 11

cases and the last four numbers of their tax identification numbers along with the address of the

Debtors' corporate headquarters only:

> The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Verso Corporation (7389); Verso Paper Finance Holdings One LLC (7854); Verso Paper Finance Holdings LLC (7395); Verso Paper Holdings LLC (7634); Verso Paper Finance Holdings Inc. (7851); Verso Paper Inc. (7640); Verso Paper LLC (7399); nexTier Solutions Corporation (1108); Verso Androscoggin LLC (7400); Verso Quinnesec REP Holding Inc. (2864); Verso Maine Energy LLC (7446); Verso Quinnesec LLC (7404); Bucksport Leasing LLC (5464); Verso Sartell LLC (7406); Verso Fiber Farm LLC (7398); NewPage Holdings Inc. (5118); NewPage Investment Company LLC (5118); NewPage Corporation (6156); NewPage Consolidated Papers Inc. (8330); Escanaba Paper Company (5598); Luke Paper Company (6265); Rumford Paper Company (0427); Wickliffe Paper Company LLC (8293); Upland Resources, Inc. (2996); NewPage Energy Services LLC (1838); Chillicothe Paper Inc. (6154); and NewPage Wisconsin System Inc. (3332). The address of the Debtors' corporate headquarters is 6775 Lenox Center Court, Suite 400, Memphis, Tennessee 38115-4436.

8.     The terms and conditions of this Order are immediately effective and

enforceable upon its entry.

9.     The Debtors are authorized and empowered to take all actions necessary

or appropriate to implement the relief granted in this Order.

10.     This Court retains jurisdiction over all matters arising from or related to

the implementation or interpretation of this Order.


Dated:     _____,2016
           Wilmington, Delaware



_____
UNITED STATES BANKRUPTCY JUDGE