IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 16-10163 (KG)
Verso Corporation, *et al.*, :
: (Joint Administration Pending)
Debtors. :
:
---------------------------------------------------------X

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Andrew R. Remming hereby moves for the admission *pro hac vice* of David G. Litvack of Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005-1413 to represent the Informal Committee of Holders of Verso First Lien Debt in connection with the above-captioned proceedings.

Dated: January 26, 2016          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

/s/ *Andrew R. Remming*
Andrew R. Remming (No. 5120)
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for Informal Committee of Holders
of Verso First Lien Debt*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED **PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 26, 2016

                                             */s/ David G. Litvack*
                                             David G. Litvack
                                             MILBANK, TWEED, HADLEY & MCCLOY LLP
                                             28 Liberty Street
                                             New York, NY 10005-1413
                                             (T) 212-530-5378
                                             (F) 212-822-5378
                                             dlitvack@milbank.com

9798802.1